STATE of Missouri,
Plaintiff/Respondent,

v.

Dennis P. GUYON,
Defendant/Appellant.

Dennis P. GUYON, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 57180, 57505.

Missouri Court of Appeals,
Eastern District,
Division One.

July 16, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 5, 1991.

Raymond L. Legg, Columbia, for defendant, appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction for stealing over $150.00 in violation of § 570.-030, RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Mark Orin EMRY, Appellant.

No. WD 43007.

Missouri Court of Appeals,
Western District.

July 23, 1991.

As Modified Aug. 27, 1991.

Mark Orin Emry, Independence, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SHANGLER and ULRICH, JJ.

ORDER

PER CURIAM

Appeal from conviction of two counts of carrying a concealed weapon, § 571.030, RSMo, and fines of $100 on each count. The case is remanded to the trial court for the nunc pro tunc correction of its written judgment. The judgment reads: "Court fines defendant on Count I and $100 on Count II." The trial court on remand should insert the figure "$100" after the word "defendant."

As amended, the judgment is affirmed. Rule 30.25(b).